**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**JAMES H. BALL,**

    Plaintiff,

    v.                                                **CASE NO. 3:04-cv-302-J-16MCR**

**FLAGLER COUNTY,**

    Defendant.

_____/

## O R D E R

Before the Court are the Plaintiff's Unopposed Emergency Motion to File Documents Under Seal Referencing Protected Health Information of Plaintiff Ball (Dkt. 33), and the Defendant's Unopposed Emergency Motion to File Documents in Support of Motion for Summary Judgment and Memorandum in Support of Motion for Summary Judgment Under Seal (Dkt. 34).

The Plaintiff seeks an order from the Court requiring the Defendant to file any summary judgment exhibits which contain the Plaintiff's personal medical records under seal.  Furthermore, the Plaintiff seeks to have any motion for summary judgment which references his medical records redacted to protect his privacy.  The Court notes that the Defendant has not yet filed a motion for summary judgment.  The Defendant instead filed its own Emergency Motion asking the Court for leave to file certain affidavits, interrogatory answers and other documents, which contain confidential medical and health information, under seal.

The parties have already consented to the entry of a Protective Order (Dkt. 27) to protect the disclosure of private health information, and the Court adopted the Protective Order by Order of April 11, 2005 (Dkt. 28).  Accordingly, the Plaintiff's Unopposed Emergency Motion (Dkt. 33) and the Defendant's Unopposed Emergency Motion (Dkt. 34) are both **GRANTED.**  The Defendant shall file

any medical or health information concerning the Plaintiff, as referenced in the Protective Order (Dkt. 27), it intends to use as exhibits in support of its motion for summary judgment under seal. The motion for summary judgment and supporting memorandum itself need not be filed under seal, but the Defendant is further ordered to redact the publicly-filed motion and exhibits, as appropriate, to remove any specific reference to the Plaintiff's medical or health information in accordance with the terms of the Protective Order. The Defendant shall also file an unredacted motion under seal, along with the unredacted, sealed exhibits.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida this 15th day of June, 2005.

*/s/ John H. Moore II*
JOHN H. MOORE II
United States District Judge

**Copies to:** Counsel of Record