**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**JAMES H. BALL,**

       Plaintiff,

       v.                                                                     No**: 3:04-cv-302-J-16MCR**

**FLAGLER COUNTY,**

       Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Mediation Report submitted on June 23, 2005 (Doc #51).  Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within thirty (30) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

The Clerk is hereby ordered to close this file.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 28th day of June, 2005.

_____
JOHN H. MOORE II
United States District Judge

Copies to:
    Counsel of Record